UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HARRY KIRSCHENBAUM, individually and on behalf of others similarly situated,

                         Plaintiffs,

- against -

WELLS FARGO BANK, NATIONAL ASSOCIATION; and any other related entities,

                         Defendants.

Case No. 2:17-cv-02697-JMA-GRB

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 02 2018 ★

LONG ISLAND OFFICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Harry Kirschenbaum, by and through his counsel, Leeds Brown Law, P.C., hereby gives notice that the above-captioned action is voluntarily dismissed.

Dated: Carle Place, New York
       March 1, 2018

*Case closed.*
*So Ordered.*

*s/ Joan M. Azrack - 3/2/18*

**LEEDS BROWN LAW, P.C.**

*/s/ Brett R. Cohen*
Brett R. Cohen
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550

*Attorneys for Plaintiff Kirschenbaum*